UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                            18 CR 414-03 (PKC)

       -against-                                      ORDER

RICARDO RODRIGUEZ,

                     Defendant.
-------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

       Upon the application of defense counsel, consented to by the government, the conference previously scheduled for November 26, 2019 is adjourned to January 8, 2020 at 12:00 p.m. in Courtroom 11D. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. The reasons for this finding are that the grant of the continuance is needed to allow for the receipt time to review relevant documents necessary for pretrial disposition. Accordingly, the time between today and January 8, 2020 is excluded.

       SO ORDERED.

                                                       P. Kevin Castel
                                                  United States District Judge

Dated: New York, New York
           November 25, 2019