**Donaldson & Chilliest, LLP**
**1825 Park Avenue, Suite 1102**
**New York, NY 10035**
**212-722-4900 (T)**
**212-722-4966 (F)**

February 19, 2020

**VIA ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

                Re:     *United States of America v. Ricardo Rodriguez*,
                         18 Cr. 414 (PKC)

Dear Judge Castel:

       As this Court is aware, I represent Mr. Rodriguez in the above-referenced matter. With the consent of the Government, we are respectfully requesting one final adjournment of the conference currently scheduled for tomorrow February 20, 2020 to February 26, 2020 at ~~11:00 a.m.~~ 2:30 p.m. We consent to the exclusion of time under the Speedy Trial Act.

Thank you kindly for your consideration.

                                                    Sincerely,

                                                    /s/ ***Xavier R. Donaldson***

                                                    Xavier R. Donaldson

cc: AUSA Michael Longyear via email

Upon the application of defense counsel, consented to by the government, the conference originally scheduled for February 20, 2020 is adjourned to February 26, 2020 at 2:30 p.m. in Courtroom 11D. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. The reasons for this finding are that the grant of the continuance is needed to accommodate defense counsel's calendar. Accordingly, the time between today and February 26, 2020 is excluded.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: February 20, 2020