UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                     18-cr-414 (PKC)

           -against-                                             ORDER

RICARDO RODRIGUEZ,

                       Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The sentencing originally scheduled for October 7, 2020 is adjourned to November 4, 2020 at 3:00 p.m. in Courtroom 11D.

        SO ORDERED.

                                                        P. Kevin Castel
                                            United States District Judge

Dated: New York, New York
       October 6, 2020